DONALD KARL STOCKDALE, JR.

V.

PATRICIA MAXWELL STOCKDALE

Record No. 002485

September 14, 2001

Present: All the Justices

*James R. Cottrell (Michael A. Ward, Gannon, Cottrell & Ward,* on brief), for appellant.

*Llona Ely Freedman Grenadier (Elaine M. Vadas, Grenadier, Anderson Simpson & Duffett,* on brief), for appellee.

## PER CURIAM

We awarded this appeal to review a judgment of the Court of Appeals holding that the trial court's statement that the respondent, Donald Karl Stockdale, Jr., bore the burden of showing by a preponderance of the evidence that his relationship with his children would be substantially impaired by their relocation was error, but that the error was harmless. *Stockdale v. Stockdale,* 33 Va. App. 179, 532 S.E.2d 332 (2000).

For the reasons set forth in the opinion of the Court of Appeals, we will affirm that court's judgment.